**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN ERNEST DADE, ) | NO. CV 14-9458-RT (AS) |
| Petitioner, ) | |
| v. ) | **JUDGMENT** |
| RICHARD B. IVES, Warden, ) | |
| Respondent. ) | |

Pursuant to the "Order Denying And Dismissing Petition For Lack Of Jurisdiction," IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: <u>April 7, 2015.</u>

*ROBERT J. TIMLIN*

ROBERT J. TIMLIN
UNITED STATES DISTRICT JUDGE